# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CUAUHTEMOC CERVANTES SAMANIEGO,<br><br>Defendant. | CR 22–50–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Cuauhtemoc Cervantes-Samaniego's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 21). The motion requests a one-week extension from the December 5, 2022, motions deadline to allow Mr. Cervantes-Samaniego the time to potentially retain private counsel. (*Id.* at 2.) The United States does not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that Defendant Cervantes-Samaniego's motion (Doc. 21) is GRANTED. The Parties shall file any pretrial motions on or before Monday, December 12, 2022.

DATED this 1st day of December, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1