IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CUAUHTEMOC CERVANTES SAMANIEGO, | |
| Defendant. | |

Before the Court is Defendant Cuauhtemoc Cervantes Samaniego's Motion to Correct Clerical Error. (Doc. 88.) Defendant argues that the Judgment entered in his case contains a statute to which he did not plead guilty—specifically 21 U.S.C. § 841(b)(1)(B)— and that this error affects his eligibility to earn credit under the First Step Act. (*Id.* at 1.) This Motion will be denied.

Defendant was charged by Superseding Information with possession with intent to distribute fentanyl in violation of 21 U.S.C. § 841(a)(1). (Doc. 50.) This charge carried a penalty of five to 40 years incarceration, a $5,000,000 fine, and at least four years of supervised release. (*Id.*) Defendant subsequently pled guilty to the Superseding Information and was sentenced on September 21, 2023. (Docs. 61, 70.) The corresponding Judgment reflects that Defendant was adjudicated guilty of

1

possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). (Doc. 71 at 1.) Though Defendant is correct in that subsection (b)(1)(B) was not specifically included in the Superseding Information, that subsection merely clarifies the maximum penalties faced for the count charged. There is thus no clerical error to correct. *See* 21 U.S.C. 841 (b)(1)(B) (discussing terms of imprisonment for cases involving specific grams of certain substances).

Accordingly, IT IS ORDERED that Defendant's Motion (Doc. 88) is DENIED.

DATED this 21st day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court